# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1842

_____

TORREY D. WALKER,

    Appellant,

v.

FLORIDA COMMISSION ON
HUMAN RELATIONS,

    Appellee.

_____


On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.


December 6, 2023

PER CURIAM.

The Court dismisses this appeal as premature. *See Hinote v. Ford Motor Co.*, 958 So. 2d 1009, 1010 (Fla. 1st DCA 2007).

KELSEY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Torrey D. Walker, pro se, Appellant.

No appearance for Appellee.